IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF


v.                                        No. 1:13-cr-10003


LEE OLIVER WILLIAMS                                                         DEFENDANT

## ORDER

Before the Court is Defendant Lee Oliver Williams's Motion to Dismiss.  ECF No. 58.  No response is necessary, and the matter is ripe for the Court's consideration.

Defendant states that on November 2, 2020, and April 19, 2021, he filed motions seeking a reduction of his sentence pursuant to Section 603 of the First Step Act of 2018 and pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  ECF Nos. 44, 50.  However, since filing these motions, Defendant has been released from the Bureau of Prisons.  Defendant now requests that these pending motions be dismissed without prejudice as moot.  Upon careful consideration, the Court finds that Defendant's instant motion (ECF No. 58) should be and hereby is **GRANTED**.  Accordingly, his November 2, 2020 motion (ECF No. 44) and his April 19, 2021 motion (ECF No. 50) are **DIMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 28th day of June, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge